error; C. Russell Allen, Assistant State's Attorney of McHenry county, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## Peter Cieskus, Plaintiff-Appellee, v. Marie Yuvan and Wolverine Insurance Company, Defendant-Appellant.

**Gen. No. 10,601.**

Joseph R. Peterson, Watts C. Johnson, and Heyl, Royster & Voelker, for appellant; Joseph R. Peterson, and Clarence W. Heyl, of counsel; McNeilly & Ryan, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## Kenneth W. Anderson et al., Plaintiffs-Appellants, v. Edward W. Erickson et al., Defendants-Appellees.

**Gen. No. 10,611.**

 Joseph R. Rosborough, for appellants; Eagle & Eagle, for appellees. Opinion by JUSTICE WOLFE. **Not to be published in full.** Opinion filed July 3, 1952; released for publication July 28, 1952.

## Carl Landis, for the Use of Melvin Talley, Plaintiff-Appellant, v. New Amsterdam Casualty Company, Defendant-Appellee.

### Term No. 52–F–6.

